Exhibit A to the Complaint

**Location:** Hasbrouck Heights, NJ  
**Total Works Infringed:** 67  
**IP Address:** 74.105.64.71  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 75435DE79D0D6CA504ACA25DE6A5B206473F1C9B | 05/31/2025 20:15:17 | Vixen | 01/01/2021 | 02/02/2021 | PA0002281154 |
| 2 | B79CEFDB4A15AB038F0CBCA46B8F01FF18EDF8EF | 05/31/2025 20:15:16 | Vixen | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 3 | 9DBBD94833C89C092974986CB478D32F6492E2B2 | 05/27/2025 16:57:29 | Vixen | 04/24/2020 | 05/05/2020 | PA0002249029 |
| 4 | F60F53E922BA2B9C79356C23641CB3958C3BE055 | 05/27/2025 16:21:53 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 5 | C4908D73FD34B114DFD2A63489A9DB9C1B2BA486 | 05/27/2025 16:14:11 | Vixen | 02/03/2020 | 03/15/2020 | PA0002240554 |
| 6 | C5BA5E243166DB830E399E8739882FEE8D0A6D84 | 05/27/2025 16:11:00 | Vixen | 10/11/2019 | 10/21/2019 | PA0002207779 |
| 7 | 677F8707DBCE02AAF8615B7675703C68B74375B2 | 04/15/2023 09:33:42 | Blacked | 04/01/2023 | 04/07/2023 | PA0002405761 |
| 8 | 4D347C3B922537DECA1E7D90591BCF15F763E318 | 04/15/2023 08:42:32 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |
| 9 | 9E7AA349F9E117314933CEDB885EF0A70E02E141 | 04/11/2023 14:42:36 | Blacked | 10/16/2021 | 10/19/2021 | PA0002317055 |
| 10 | FDA9A014F5612DBE78BF1EB45215200884780CEE | 04/02/2023 14:12:35 | Blacked | 05/23/2020 | 06/22/2020 | PA0002245638 |
| 11 | 74E11E3524B76B6E37D22F1200AFE49C2CB3CDFE | 03/10/2023 17:45:08 | Blacked | 03/04/2023 | 04/07/2023 | PA0002405754 |
| 12 | 1A618EF49402930C1C538EF14A6F18918A438983 | 03/02/2023 20:32:15 | Blacked | 02/18/2023 | 04/13/2023 | PA0002407766 |
| 13 | 17CD54EEA48C6A552071459696C47C2EFBF473D6 | 03/02/2023 20:29:14 | Blacked | 02/25/2023 | 03/07/2023 | PA0002400308 |
| 14 | 3981818C672261E5A1A0D5B561F7A7FEF98A7805 | 02/19/2023 20:08:33 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 15 | F679391ED7AA38CC22B99756D9BFE6FE26F96FCA | 02/19/2023 20:07:36 | Blacked Raw | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 16 | 5D6C222C7939BB472D2C17A576870BE41E3BA41A | 02/19/2023 20:07:14 | Blacked Raw | 10/24/2017 | 11/30/2017 | PA0002098011 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | F0310DE0CA3D0D5F0B9E1A72B974400A25224DCB | 02/19/2023 17:04:55 | Blacked | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 18 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | 02/18/2023 23:17:03 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 19 | E624078D6EFCDFA76F06EA9E4048E05FF7C600C5 | 02/18/2023 23:15:47 | Blacked | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 20 | 1487A26EAAAD70318258AB9F506506A8F293533A | 02/18/2023 23:15:44 | Blacked | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 21 | 53B63347AEFFE36C5758F862EBE76328D5C53544 | 02/18/2023 23:15:19 | Blacked | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 22 | D0EEAC4F4929D503CEFAF291FD54DB4E584FA615 | 02/18/2023 23:15:14 | Blacked | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 23 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | 02/18/2023 23:15:12 | Blacked | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 24 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | 02/18/2023 20:12:26 | Blacked | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 25 | 5A06B4EA4DB48984499F2E9EA7213220E835089D | 02/18/2023 20:12:13 | Blacked | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 26 | 9D0350FC373B64D6D0AC93B32B0EB27DFDFFF99C | 02/18/2023 07:24:58 | Blacked | 03/15/2020 | 04/15/2020 | PA0002246109 |
| 27 | FBE82C0DD995EBAB1D7D24659FCFB0CED411271F | 02/18/2023 07:17:48 | Blacked | 11/27/2021 | 02/03/2022 | PA0002341770 |
| 28 | D688340236811F64E8637A5AFF159570F1648994 | 02/18/2023 07:17:46 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 29 | AA9D6ED52E9FECEA19124A8F7FE433617F801994 | 02/18/2023 07:17:45 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 30 | 025477E817FDAD26E20E85603DCEC00D1BD5DA68 | 02/18/2023 07:17:42 | Blacked | 09/02/2018 | 11/01/2018 | PA0002143413 |
| 31 | 056C78DF7A658DDF50A2394F5E4FA18BCF095426 | 02/18/2023 07:17:39 | Blacked | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 32 | 5BA2DA08C36A2FA2409D662E9FA861EF6F8BF8E0 | 02/18/2023 07:17:33 | Blacked | 11/19/2022 | 12/11/2022 | PA0002384693 |
| 33 | 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C | 02/18/2023 03:59:03 | Blacked | 06/26/2021 | 07/08/2021 | PA0002300662 |
| 34 | A035AD89D17FFA204EA1669362F8A2B2947F1D32 | 02/18/2023 03:58:16 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 2633CD97981B90290A6B07878DB24E95843051FD | 02/18/2023 03:58:11 | Blacked | 06/05/2021 | 06/15/2021 | PA0002296924 |
| 36 | D7849F96160CA679A287B837FEFE40DDEA87571B | 02/18/2023 03:56:27 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 37 | B83E00880518FBB59ED04CB16EC0BADA95B4881B | 02/18/2023 03:54:14 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 38 | DEAEF69A92F1519FAEC0425DEC4DC04534E71CF3 | 02/18/2023 03:54:07 | Blacked | 05/07/2021 | 06/09/2021 | PA0002295580 |
| 39 | 1A6470E21E54EE628069047098E9B5DFB9B17ED2 | 02/18/2023 03:53:31 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 40 | 9B2D7FF24D25691FBFA67A7F19276AFE62D75467 | 02/18/2023 03:52:35 | Blacked | 09/26/2020 | 10/22/2020 | PA0002261801 |
| 41 | 2E0B55853DBE8D43D893BAED034ED6E7203DC238 | 02/15/2023 20:06:28 | Blacked | 01/21/2023 | 01/27/2023 | PA0002393070 |
| 42 | 220FBD48D861EF3FF3C68213FB21F2836E6589BA | 02/15/2023 20:06:17 | Blacked | 02/04/2023 | 03/07/2023 | PA0002400314 |
| 43 | 1F2EED26C15A4E12C117AA5EAF5D5ED2622B2291 | 02/04/2023 15:25:27 | Tushy | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 44 | DE19EB6102B62ECE956757B2943FF020428374B7 | 01/25/2023 02:52:38 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 45 | B1837EFE5563C154EEE2F1BE8D008DE5C8C7CD43 | 01/24/2023 23:31:29 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 46 | E31F60BD5E91795F03011BF84A5C2B31E50C58B4 | 01/24/2023 23:31:26 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 47 | 143ED56E751B662F727B52D79C441FBCC16BB177 | 01/23/2023 20:42:44 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 48 | 7D876817AF91151926A2C4590E9EB0D38F9BB646 | 01/16/2023 14:16:46 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |
| 49 | 7AACC2533AD52D2357CB5433E0CFF454BEEA259E | 01/08/2023 15:17:19 | Blacked | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 50 | D62650B301D2A81356613A6E0325CE34B399EDCF | 01/08/2023 12:14:55 | Blacked | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 51 | 9B9BE0BD6B2C4DD84BD646AF5D801292AFB09DDF | 01/08/2023 12:12:05 | Blacked Raw | 09/24/2019 | 10/07/2019 | PA0002205464 |
| 52 | 966AF5D11568D7D5896168F66E882245BA8A5F07 | 01/08/2023 12:10:42 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | CB4EC1F25FFAD874268462833D653891B9ECD633 | 01/06/2023 20:36:01 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 54 | DFC677B3BCF37A7E55404E3E5731941D2359FFB0 | 11/14/2022 12:56:43 | Blacked | 10/15/2022 | 11/01/2022 | PA0002378073 |
| 55 | 7DFD7054EC044D7382229CAC29482FF09B4A78B4 | 11/14/2022 09:10:33 | Blacked Raw | 10/31/2022 | 12/11/2022 | PA0002384770 |
| 56 | DF53778C7A3AEE59B67DAEB1EECE861118658A5F | 11/14/2022 08:47:22 | Blacked | 10/29/2022 | 01/06/2023 | PA0002394016 |
| 57 | F88C73EDBD5369156CF6618EDE7CCEE2E9362A4A | 11/14/2022 07:45:52 | Blacked | 11/05/2022 | 12/11/2022 | PA0002384720 |
| 58 | 192472959510175286E0731FB04278020BC47133 | 11/14/2022 07:41:09 | Blacked | 10/22/2022 | 10/31/2022 | PA0002377820 |
| 59 | 3BC22005E2AFC76A838931DCA776BBA6A7235CD8 | 10/18/2022 19:44:31 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |
| 60 | 08F5E1679A80DB67D5969A52F2173024451310BA | 09/28/2022 20:08:05 | Blacked | 09/17/2022 | 10/05/2022 | PA0002373760 |
| 61 | D70D2C95E1758D6D0838C13142400443F66F0E51 | 09/28/2022 20:00:18 | Blacked | 09/10/2022 | 10/05/2022 | PA0002373949 |
| 62 | 24550021ABCBE71DCF048521BFA63F64964F7CDB | 09/28/2022 19:44:46 | Blacked | 09/24/2022 | 10/05/2022 | PA0002373769 |
| 63 | 905E4F7C416218B8230D0E3F77FEE0E5409D7995 | 09/22/2022 16:01:54 | Blacked Raw | 09/16/2022 | 10/05/2022 | PA0002373764 |
| 64 | ED99218F6A7C875FEBDC9EC005FA0AB5A72C9A99 | 09/22/2022 16:01:47 | Blacked | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 65 | BE12BC47B9E8402E60F764439965F58677EA2C40 | 09/04/2022 13:30:30 | Blacked | 08/27/2022 | 10/05/2022 | PA0002373768 |
| 66 | E0FD00583AD94FB70ED3A77CF40090A57A81CDCC | 09/02/2022 00:39:41 | Vixen | 10/01/2019 | 10/21/2019 | PA0002207746 |
| 67 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | 09/01/2022 18:17:04 | Vixen | 12/25/2017 | 01/15/2018 | PA0002099686 |